# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**TOWER IMAGING, LLC** a/a/o **ANTHONY MACALUSO,**
Appellant,

v.

**USAA CASUALTY INSURANCE COMPANY,**
Appellee.

No. 4D21-1110

[July 14, 2021]

Appeal of nonfinal order from the County Court for the Seventeenth Judicial Circuit, Broward County; Ellen Feld, Judge; L.T. Case No. COWE-20-003812.

John C. Daly, Jr., and Matthew C. Barber of Daly & Barber, P.A. formerly known as PIP Portal Law Group, P.A., Plantation, for appellant.

Jeffrey R. Geldens of Roig Lawyers, Miami, and Abbi Freifeld Carr and Veresa Jones Adams of Roig Lawyers, Deerfield Beach, for appellee.

PER CURIAM.

The trial court *sua sponte* entered an order transferring venue without any showing that plaintiff's chosen venue was improper or that transfer was appropriate on forum non conveniens grounds. We issued an order directing the parties to show cause why these cases are not controlled by *Advanced Diagnostic Group v. Ocean Harbor Cas. Ins. Co.*, Case No. 4D21-458, 2021 WL 1310851 (Fla. 4th DCA Apr. 8, 2021), where this Court recently reversed a group of similar orders. Having considered the response and reply, we conclude that these cases are controlled by our recent decision in *Advanced Diagnostics* and *Jones v. Sayer*, 313 So. 3d 126 (Fla. 4th DCA 2021) (holding that a court may not *sua sponte* transfer an action for improper venue).

Accordingly, we reverse and remand for further proceedings.

*Reversed and remanded.*

CONNER, C.J., KLINGENSMITH and ARTAU, JJ., concur.

*          *          *

*Not final until disposition of timely filed motion for rehearing.*